UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TERRANCE W. ANDERSON | CIVIL ACTION NO. 15-2588-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ST. MARTIN PARISH, ET AL. | MAGISTRATE JUDGE WHITEHURST |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and determining that the findings of the Magistrate Judge are correct under the applicable law after the clarifications made in the foregoing Memorandum Ruling;

**IT IS ORDERED** that Plaintiff's 42 U.S.C. § 1983 Amended Complaint (Record Document 28) is **dismissed with prejudice** for failure to state a claim upon which relief can be granted, asserting claims that are frivolous and/or prescribed as a matter of law, and seeking monetary relief from immune defendants.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 29th day of November, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE